MN - 204
(Rev'd 9/09)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

**Paul Charles Ridgeway,**                             BKY **17-41989-MER**

    Debtor.                                            Chapter 7

## NOTICE OF SALE

To:  The United States Trustee, all creditors and other parties in interest.

**NOTICE.**  On October 3, 2017, or as soon thereafter as the transaction may be completed, and subject to objection under applicable rules, the undersigned trustee of the estate of the debtor named above will sell property of the estate as follows:

$800, for the value of hand guns, shotgun and gun safe; $10 cash; $2.43, for the funds on deposit; and $138, for the 100% interests in Event Consulting, LLC and Global Marketplace, LLC, per the balance sheets; will be sold to the debtor for the sum of $950.43.  Since this is the highest offer received for the purchase of these assets and represents the full non-exempt listed values, the trustee believes the sale to the debtor is in the best interests of the bankruptcy estate.  In addition, the tangible assets would not likely net more if sold at auction and costs of sale would reduce the net equity for the estate.

**OBJECTION:  MOTION:  HEARING**.  Under applicable rules, any objection must be in writing, be served on the undersigned trustee and the United States Trustee, and be filed with the clerk, not later than 12:00 o'clock noon on the day before the date set for the sale.  If an objection is timely served and filed, the court will hold an expedited hearing on the objection with reduced notice of the hearing.  The hearing will be scheduled by the trustee with notice by the trustee to the objecting party and the United States Trustee.  If an objection is made or an order is required, the undersigned trustee moves the court for such orders as may be necessary or appropriate.

| U.S. Bankruptcy Court | U.S. Trustee | Julia A. Christians, Trustee |
|---|---|---|
| 301 U.S. Courthouse | 1015 U.S. Courthouse | 120 South Sixth Street, Suite 2500 |
| 300 South Fourth Street | 300 South Fourth Street | Minneapolis, MN 55402 |
| Minneapolis, MN 55415 | Minneapolis, MN 55415 | |

Dated:  September 12, 2017            /e/ *Julia A. Christians*
                                                        Julia A. Christians, Trustee
                                                        120 South Sixth Street, Suite 2500
                                                        Minneapolis, MN  55402
                                                        (612) 338-5815

17-281